UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

**Judge:** Kevin McNulty　　　　　　　　　　December 11, 2015
　　　　　　　　　　　　　　　　　　　　　　　Date

**Court Reporter:** Mollie Ann Giordano

**Deputy Clerk:** Nitza Creegan

**Title of Case:**　　　　　　　　　　　　　　**Docket #** Civ. 15-8173 (KM)

SECURITY EXCHANGE COMMISSION
　　　　v.
CHRISTOPHER FREEMAN BROGDON
　　　and
CONNIE BROGDON, et al (Relief Defendants)

**Appearances:**

Neal R. Jacobson, Esq., Lee A. Greenwood, Esq., Ranah L. Esmaili, Esq., Alexander M. Vasilescu, Esq., and Lara Mehraban, Esq. for Plaintiff
R. Scott Thompson, Esq. and Robert J. Kipnees, Esq. (local counsel) for all Defendants except National Assistance Bureau, Inc.
Tony G. Powers, Esq., Stephen D. Councill, Esq. Joshua P. Gunnemann, Esq., Edward T.M. Garland, Esq., Donald F. Samuel, Esq., and Fischer Reed, Esq. (pro hac vice attorneys) for all Defendants except National Assistance Bureau, Inc.

**Nature of Proceedings:**

Hearing on [8] Order Show Cause why defendants should not be preliminarily enjoined and why a Receiver should not be appointed.

Hearing on [23] Motion to Preclude and For An Adverse Inference by Securities and Exchange Commission.

Hearing on [32] Emergent Motion to Allow for Payment of Living and Legal Expenses by Christopher Freeman Brodgon.

Hearing on [33] Motion to Seal [34] Declaration of Christopher Freeman Brogdon.

Kerri Palin sworn for Plaintiff (Direct testimony was offered in the form of a Declaration.)
C. Patrick Braley sworn for Defendants (Direct testimony was offered in the form of a Declaration.)

Lunch recess 2:05 – 3:05

Michael Pardoll sworn for Defendants (Direct testimony was offered in the form of a Declaration.)

Ordered parties to submit Findings of Facts and Conclusions of Law by mid-day on December 18, 2015.
Ordered current restraints remain in place with two additional accounts and extended 14 days.
Order(s) to be filed.

**Time Commenced:   10:00**
**Time Adjourned:     4:45**
**Total Time: 5 Hours 45 Minutes**

Nitza Creegan
**Deputy Clerk**
