UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER FREEMAN BROGDON,<br><br>　　　　　Defendant,<br><br>　-and-<br><br>CONNIE BROGDON, et al.,<br><br>　　　　　Relief Defendants. | Civil Case No. No. 2:15-cv-08173-KM-JBC<br><br>AMENDED STIPULATION EXTENDING TIME TO ANSWER AS TO RELIEF DEFENDANTS |

　　　IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for Plaintiff and Relief Defendants Brogdon Family LLC, Gordon Jensen Healthcare Association, Inc., Mobama Nursing, LLC, Saint Simons Healthcare, LLC, Winter Haven Homes, Inc., and National Assistance Bureau, Inc., that the time within which the Relief Defendants Brogdon Family LLC, Gordon Jensen Healthcare Association, Inc., Mobama Nursing, LLC, Saint Simons Healthcare, LLC, Winter Haven Homes, Inc. and National Assistance Bureau, Inc. must answer, move, or otherwise respond to Plaintiffs' complaint in this matter is hereby extended for an additional three (3) months to January 11, 2017.  This is the fourth application for an extension for the Relief Defendants.  The first three applications were filed by the parties on April 8, 2016, May 11, 2016 and July 7, 2016.

　　　．

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | LOWENSTEIN SANDLER LLP |
| By:  s/ Neal Jacobson<br>New York Regional Office<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>Tel. (212) 336-0095<br>*Attorneys for Plaintiff* | By:   s/ Robert J. Kipnees<br>Robert J. Kipnees<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Tel. (973) 597-6220<br>*Attorneys for Defendant Christopher Freeman Brogdon, and Relief Defendants Connie Brogdon, Brogdon Family, LLC, Gordon Jensen Healthcare Association, Inc., Mobama Nursing, LLC, Saint Simons Healthcare, LLC, Winter Haven Homes, Inc., and National Assistance Bureau, Inc.* |

SO ORDERED this _____ day of October, 2016.

_____
HON. KEVIN MCNULTY, U.S.D.J.