Steven A. Karg, Esq.
**NORRIS McLAUGHLIN & MARCUS, P.A.**
721 Route 202-206
Suite 200
Bridgewater, New Jersey 08807-1760
Telephone: 908.722.0700
Facsimile:  908.722.0755

C. Edward Dobbs, Esq.
Rufus T. Dorsey, IV, Esq.
**PARKER, HUDSON, RAINER & DOBBS LLP**
303 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30308
Telephone: 404.523.5300
Facsimile: 404.522.8409
*(Admitted Pro Hac Vice)*

*Attorneys for Monitor Soneet Kapila*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>  Plaintiff,<br><br> v.<br><br>**CHRISTOPHER FREEMAN BROGDON,**<br><br>  Defendant,<br><br>   -and-<br><br>**CONNIE BROGDON, et al.,**<br><br>  Relief Defendants. | **Civil Case No. 15-civ-8173**<br><br>**NOTICE OF MONITOR'S MOTION TO FILE ATTACHMENTS TO THIRD QUARTERLY REPORT UNDER SEAL**<br><br>Return Date: November 21, 2016<br><br>Document Filed Electronically |

TO: All Counsel of Record

      **PLEASE TAKE NOTICE** that on November 21, 2016, or soon thereafter as counsel

may be heard, the undersigned, attorneys for counsel for Soneet Kapila, Court-Appointed Monitor (the "<u>Monitor</u>"), shall move before the Honorable Kevin McNulty, U.S.D.J., of the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for entry of an Order, pursuant to L.Civ.R. 5.3(c), sealing the attachments to the third quarterly report being filed with the Court by the Monitor.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, the Monitor is relying upon the Certification of C. Edward Dobbs filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L.Civ.R. 5.3(c), the Monitor submits herewith a proposed Order to Seal.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1(d)(4), no brief is necessary because the decision is left to the sound discretion of the Court under the guidance provided by <u>Pansy v. Borough of Stroudsburg</u>, 23 F.3d 772 (3d Cir. 1994). The Monitor consents to disposition of this Motion on the papers in accordance with Fed. R. Civ. P. 78.

Respectfully submitted,

Dated: October 28, 2016       By:   */s/ Steven A. Karg*
                                    Steven A. Karg

**NORRIS McLAUGHLIN & MARCUS, P.A.**
721 Route 202-206, Suite 200
Bridgewater, New Jersey 08807-1760
Telephone: (908) 722-0700
Facsimile:  (908) 722-0755

*[continued on the following page]*

- 3 -

C. Edward Dobbs
(Admitted Pro Hac Vice)
Georgia Bar No. 223450
edobbs@phrd.com
**PARKER, HUDSON, RAINER & DOBBS LLP**
303 Peachtree Avenue, NE
Suite 3600
Atlanta, Georgia  30308
Telephone No.: (404) 523-5300
Facsimile No.:  (404) 522-8409

Attorneys for Soneet Kapila, Court-Appointed Monitor