## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2015, I caused a copy of the foregoing **Response to BOKF, N.A.'s Motion for an Injunction or, in the Alternative, for Relief from Injunction** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Steven A. Karg, Esq.
Norris McLaughlin & Marcus, P.A.
721 Route 202-206, Suite 200
Bridgewater NJ  08807
Email:  sakarg@nmmlaw.com

Nora O'Neill, Esq.
Frederic Dorwart, Lawyers
Old City Hall
124 East Fourth Street
Tulsa, OK  74102
Email:  noneill@fdlaw.com

Jay C. Basham, Esq.
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, N.E., Suite 3600
Atlanta, GA  30308
Email:  phudson@phrd.com

Walter J. Fleischer, Jr., Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932
Email: walter.fleischer@dbr.com

Lee A. Greenwood, Esq.
Email:  greenwoodl@SEC.GOV
Lara Shalov Mehraban, Esq.
Email:  mehrabans@SEC.GOV
Neal Jacobson, Esq.
Email:  Jacobson@SEC.GOV
David H. Tutor, Esq.
Email:  Tutord@SEC.GOV
Alexander M. Vasilescu
Email:  Vasilescua@SEC.GOV
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY  10281-1022

s/ Robert J. Kipnees
Robert J. Kipnees, Esq.
**Lowenstein Sandler LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973.597.6220
Facsimile:  973.597.6221