UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BROGDON,<br><br>Defendant,<br><br>-and-<br><br>CONNIE BROGDON, et al.,<br><br>Relief Defendants. | 15 Civ. 8173 (JXN) (JBC) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO RELIEF DEFENDANTS GORDON JENSEN HEALTHCARE ASSOCIATION, INC., MOBAMA NURSING, LLC, NATIONAL ASSISTANCE BUREAU, INC., SAINT SIMONS HEALTHCARE, LLC, AND WINTER HAVEN HOMES, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Relief Defendants Gordon Jensen Healthcare Association, Inc., Mobama Nursing, LLC, National Assistance Bureau, Inc., Saint Simons Healthcare, LLC, and Winter Haven Homes, Inc.

Dated: February 7, 2024
       New York, New York

SECURITIES AND EXCHANGE COMMISSION

By:   /s/ Lee A. Greenwood
      Lee A. Greenwood
      100 Pearl Street, Suite 20-100
      New York, NY 10004
      (212) 336-1060 (Greenwood)
      GreenwoodL@sec.gov

**So ORDERED on 2/8/2024:**

_/s/ Julien Xavier Neals_
JULIEN XAVIER NEALS
United States District Judge